IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BERNARD JOHNSON,

      Appellant,

v.

Case No.  5D23-195
LT Case No. 2010-CF-00110-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 25, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Brett S. Chase, of Chase Law Florida,
P.A., St. Petersburg, for Appellant.

Ashley Moody, Attorney General, and
David Welch, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and MACIVER, JJ., concur.